FILED
2015 JAN -7 AM 10: 23
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDGEAQ, LLC

Plaintiff(s)

Case No. 3:14-cv-02264

WTS PARADIGM, LLC

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Kristin Graham Noel of Quarles & Brady, LLP
Attorney                Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in Western District of Wisconsin.
Jurisdiction

Dated this 5th Day of January, 20 15

s/ Kristin Graham Noel

Name   Kristin Graham Noel

Firm   Quarles & Brady

Address   33 East Main Street, Suite 900

City   Madison          State WI     Zip   53703

E-Mail   kgn@quarles.com

Phone   (608) 251-5000