FILED

2015 JAN -7 AM 10: 23

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# Certificate of Good Standing

United States of America } §
Western District of Wisconsin

I, Peter Oppeneer, Clerk of Court of the United States District Court for the Western District of Wisconsin,

DO HEREBY CERTIFY that Kristin Graham Noel, was duly admitted to practice in said court on March 21, 2000 and is in good standing in said court.

Dated at MADISON, WI

January 5, 2015

Peter Oppeneer, Clerk of Court

By _____
Deputy Clerk