**ORDER:**
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**FILED**
2015 JAN -7 AM 10: 23
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

EDGEAQ, LLC

Plaintiff(s)

Case No. 3:14-cv-02264

WTS PARADIGM, LLC

Defendant(s)

**MOTION FOR ADMISSION *PRO HAC VICE***

Kristin Graham Noel           of   Quarles & Brady, LLP
Attorney                              Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in  Western District of Wisconsin.
                                                                                                                                    Jurisdiction

Dated this  5th  Day of  January , 20  15

s/ Kristin Graham Noel

Name    Kristin Graham Noel

Firm    Quarles & Brady

Address  33 East Main Street, Suite 900

City   Madison           State  WI    Zip  53703

E-Mail  kgn@quarles.com

Phone  (608) 251-5000