IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

EDGEAQ, LLC )
v. ) NO. 3:14-cv-02264
) JUDGE Campbell
WTS PARADIGM, LLC )

CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02[1], WTS PARADIGM, LLC makes the following
(Name of Party)
disclosure:

1. All parent corporations, if any, of the named party:

   Absolute Solutions, Inc., a Wisconsin corporation

2. All publicly held companies, if any, that own ten percent (10%) or more of the named party's stock:

   None

s/ William L. Campbell, Jr.   1/28/2015
(Signature of counsel)        (Date)
FROST BROWN TODD LLC
150 3rd Avenue South, Suite 1900
Nashville, TN 37201    (615) 251-5550
(Name, address and telephone number)

[Attach Certificate of Service]

---

[1] Local Rule 7.02 provides: "Any non-governmental corporate party shall file a Corporate Disclosure Statement identifying all its parent corporations and listing any publicly held company that owns ten percent (10%) or more of the party's stock. A party shall file the Corporate Disclosure Statement as a separate document with its initial pleading, or other initial Court filing, and shall supplement the Corporate Disclosure Statement within a reasonable time of any change in the information."

## CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2015, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 28, 2015              *s/ William L. Campbell, Jr.*