IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDGEAQ, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:14-cv-2264 ) JUDGE CAMPBELL |
| WTS PARADIGM, LLC, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, to Dismiss Counts IV and V for Failure to State a Claim. Docket No. 57. For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss is GRANTED, and this action is DISMISSED without prejudice.

The Clerk is directed to close the file, and any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE