UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| EDGEAQ, LLC<br><br>Plaintiff,<br><br>v.<br><br>WTS PARADIGM, LLC | Case No. 3:14-cv-2264<br><br>Judge Campbell |

ENTRY OF JUDGMENT

Defendant.

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on May 29, 2015.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney